COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| CITY OF FREDERICKSBURG, | § | No. 08-23-00236-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 216th Judicial District Court |
| | § | |
| SUSANNA BOYER, | § | of Gillespie County, Texas |
| | § | |
| Appellee. | § | (TC# 17026) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and dismiss the case for want of jurisdiction in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF JANUARY, 2016.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox, and Soto, JJ.